**Petition for Writ of Habeas Corpus Dismissed and Memorandum Opinion filed December 21, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00754-CV**

---

**IN RE ROMEO KISON, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-23138**

---

## MEMORANDUM OPINION

On October 13, 2023, relator Romeo Kison filed a petition for writ of habeas corpus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Donna Roth, presiding judge of the 295th District Court of Harris County, to vacate: (1) the

trial court's October 9, 2023 order revoking suspension of sentence of contempt and for Romeo Kison's commitment to Harris County Jail; and (2) the trial court's October 13, 2023 order of commitment.

On December 12, 2023, relator filed a motion to dismiss. In his motion, relator advised this court that he has been released from incarceration and that this proceeding should be dismissed as moot.

We dismiss relator's petition for writ of habeas corpus as moot.

PER CURIAM

Panel consists of Justices Jewell, Spain, Wilson.